ACCEPTED
01-14-00936-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 11:12:37 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00936-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 11:12:37 AM
CHRISTOPHER A. PRINE
Clerk

JOEL D. MALLORY, JR.,

Appellant

v.

WEST BELLFORT PROPERTY OWNERS ASSOCIATION

Appellee

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now, Appellee West Bellfort Property Owners Association ("WBPOA"), files this Motion for Extension of Time to File Appellee's Brief pursuant to Texas Rule of Appellate Procedure 10.5(b) and in support thereof would show the following:

1. WBPOA's deadline for filing its appellate brief was Wednesday, May 27, 2015.

05267.207 / 1753033.1

2. WBPOA seeks a 30 day extension of time in which to file its responsive brief, such that the brief would be due on Friday, June 26, 2015. This is WBPOA's first request for an extension of time in which to file its brief.

3. Filed contemporaneously with this motion is Appellee's Motion to Dismiss for Want of Jurisdiction which Appellee contends is dispositive of this appeal. This Court ordered Mallory to provide a response to its March 17, 2015 correspondence regarding Mallory's untimely filing of the Notice of Appeal. Mallory failed to provide any response to this Court's inquiry by the Court's deadline of March 31, 2015. As such, it was unclear to Appellee whether the appeal was to proceed as a result of the jurisdictional issue.

4. WBPOA requests that the Court grant it a thirty (30) day extension of time to file its responsive brief in order to provide the Court time to address the jurisdictional issue prior to Appellee expending the attorney's fees and costs associated with filing and preparing an appellate brief.

5. This request for an extension of time is not sought to cause delay or prejudice, but only so that justice may be done.

WHEREFORE, Appellee respectfully requests that this Court grant its Motion for Extension of Time to File Appellee's Brief and allow it an additional thirty (30) days in which to file its brief, and for such other and further relief to which it may be justly entitled.

2

Respectfully submitted,

**LeClairRyan**

/s/ Leslee N. Haas

By:_____

**JAMES J. McCONN, JR.**
State Bar No. 13439700
**LESLEE N. HAAS**
State Bar No. 24041031
1233 West Loop South, Suite 1000
Houston, Texas 77027
Direct Line: 713-752-8304 (McConn)
Direct Line: 713-752-8394 (Haas)
Facsimile : 713-650-0027
E-Mail: james.mcconn@leclairryan.com
E-Mail: leslee.haas@leclairryan.com

**ATTORNEYS FOR APPELLEE, WEST BELLFORT PROPERTY OWNERS ASSOCIATION**

3

05267.207 / 1753033.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known Counsel Record on this the 2nd day of June 2015.

Joel D. Mallory, Jr.                    *Via E-Serve & E-Mail & Facsimile*
P. O. Box 301035
Houston Texas 77230
*Appellant Pro Se*


Brandi J. Croffie                       *Via E-Serve & E-Mail*
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston Texas 77057
*Counsel for Appellee*
*West Bellfort Property Owners Association*

/s/ Leslee N. Haas

_____

LESLEE N. HAAS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I made a reasonable attempt to confer with Appellant Joel Mallory by telephone on June 2, 2015. As of the time of filing this motion, no response was received. As such, it is assumed that Appellant is opposed to this motion.

/s/ Leslee N. Haas

_____

LESLEE N. HAAS

05267.207 / 1753033.1